[No. 30542-2-III.   Division Three.   February 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON S. LANGFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-00896-1, Carrie L. Runge, J., entered December 13, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30573-2-III.   Division Three.   February 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN R. MELARA FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-8-00380-7, John M. Antosz, J., entered December 19, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30258-0-III.   Division Three.   February 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY ORLANDO CANTU, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 10-1-00064-0, David Frazier, J. Pro Tem., entered August 17, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[Nos. 66812-9-I; 66813-7-I.   Division One.   March 4, 2013.]

REPRESENTACIONES Y DISTRIBUCIONES EVYA, SA DE CV, ET AL., *Respondents*, v. GLOBAL EXPLORER, LLC, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 09-2-04833-9, Laura Gene Middaugh, J., entered March 25, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Lau, JJ.